EDITH DORNBUSCH, Appellant, *v.* WILLIAM F. DORN-
BUSCH, Respondent.

*Husband and wife — divorce — complaint in action by wife for separa-
tion dismissed and judgment directed upon husband's counterclaim
for absolute divorce.*

*Dornbusch* v. *Dornbusch*, 223 App. Div. 746, affirmed.
(Argued June 11, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered March 8, 1928, affirming a judgment in favor of
defendant entered upon a decision of the court on trial
at Special Term directing a dismissal of the complaint on
the merits in an action for separation and directing judg-
ment for defendant on his counterclaim for absolute
divorce.

*I. Maurice Wormser* and *Benjamin Frindel* for appellant.

*Lyman A. Spalding, Arthur McCausland* and *Frederick
Mellor* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.